# *UNITED STATES DISTRICT COURT*
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Shannon Leigh Harper,**

    **Plaintiff,**

                      **Case No. 2:18-cv-1143**

    v.

**Commissioner of Social Security.,**     **Magistrate Judge Deavers**

    **Defendant.**

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]   **Decision by Court.** This action was decided by the Court without a trial or hearing.

## **PURSUANT TO THE OPINION AND ORDER** filed
March 24, 2020, Plaintiff's Statement of Errors is **OVERRULED** and the Commissioner's decision is **AFFIRMED.**

Date: March 24, 2020

                                          **Richard W. Nagel, Clerk of Court**

                                           By:       s/ Donald A Fitzgerald III
                                                      Donald A Fitzgerald III, Deputy Clerk